

# United States District Court
# Eastern District of California

Hassan SHAFAQ

Plaintiff(s)

V.

Chestnut et al

Defendant(s)

Case Number: 1:26-cv-00299-JLT-SKO

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Claudia Valenzuela hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Plaintiff, Hassan SHAFAQ

On __05/08/2003__ (date), I was admitted to practice and presently in good standing in the

__Supreme Court of Illinois__ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Barragan Franco v. Andrews et al, Case No. 25-cv-01398-KES-EPG, filed 10/21/2025,

granted 10/22/2025

Date: __01/21/2026__    Signature of Applicant: /s/ Claudia Valenzuela

**Pro Hac Vice Attorney**

Applicant's Name: Claudia Valenzuela

Law Firm Name: Immigrant Legal Defense

Address: 1301 Clay Street, #70010

City: Oakland          State: CA    Zip: 94612

Phone Number w/Area Code: (510) 519-1231

City and State of Residence: Chicago, IL

Primary E-mail Address: claudia@ild.org

Secondary E-mail Address: N/A

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Tania Linares Garcia

Law Firm Name: Immigrant Legal Defense

Address: 1301 Clay Street, #70010

City: Oakland          State: CA    Zip: 94612

Phone Number w/Area Code: (510) 473-2989          Bar # 307980

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 1/22/2026          *Sheila K. Oberto*

JUDGE, U.S. DISTRICT COURT